

ORDERED in the Southern District of Florida on June 24, 2022.

A. Jay Cristol, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

IN RE:                                           CASE NO.: 21-21656-AJC

KARLA B. VARELA                                  Chapter 13

_____Debtor._____/

### AGREED ORDER GRANTING MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN ON REAL PROPERTY HELD BY REAL TIME RESOLUTIONS, INC. AS AGENT FOR RRA CP OPPORTUNITY TRUST 2

THIS CASE had been scheduled for an evidentiary hearing on June 29, 2022 on the Debtor's *Motion to Value and Determine Secured Status of Lien on Real Property* (DE 33; the "Motion"). The parties having reached an agreement and being duly advised in the premises, the Court FINDS as follows:

   A. The value of the debtor's real property (the "Real Property") located at **3101-3103 NW 9th Avenue, Miami, FL 33127**, and more particularly described as

Page 1 of 3

**LEGAL DESCRIPTION: LOT 3, LESS THE SOUTH 10 FEET THEREOF, BLOCK 4, DE LEON PARK, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 3, AT PAGE 165, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA**

is $ __380,000.00__ at the time of the filing of this case.

B. The total of all claims secured by liens on the Real Property senior to the lien of __REAL TIME RESOLUTIONS, INC., AS AGENT FOR RRA CP OPPORTUNITY TRUST 2__ (the "Lender") is $ __318,037.31.__

C. The equity remaining in the Real Property after payment of all claims secured by liens senior to the lien of Lender is $ __61,962.69__ and Lender has a secured interest in the Real Property in such amount.

Consequently, it is **ORDERED** as follows:

1. The motion is **GRANTED**.

2. Lender has an allowed secured claim in the amount of $ __61,962.69__.

3. Because Lender's secured interest in the Real Property is $ __61,962.69__, upon entry of the debtor's discharge in this chapter 13 case Lender's mortgage recorded on __January 21, 2005__ at **OR BOOK** __23018__ Page 1306-1309 (4 **pages**) of the official records of __Miami-Dade__ County, Florida shall be deemed to secure this reduced amount, less any payments made during the course of this chapter 13 case, without further order of this Court. If this case is converted to a case under any other chapter or if the chapter 13 case is dismissed, Lender's mortgage shall be restored as a lien on the Real Property in its full original amount, less any payments made.

4. Lender, **REAL TIME RESOLUTIONS, INC., AS AGENT FOR RRA CP OPPORTUNITY TRUST 2,** filed Proof of Claim **4-1** in this case. It shall be classified as a secured claim in the amount provided in paragraph 2, above, and as a general unsecured claim in the amount **of $ 36,679.51**, regardless of the original classification in the proof of claim as filed.

5. The parties have agreed to step-up payment plan for the secured portion which is attached as Exhibit "A" and includes interest at 5.25%.

6. The Real Property may not be sold or refinanced without proper notice and further order of the Court.

7. Notwithstanding the foregoing, this Order is not recordable or enforceable until the debtor receives a discharge in this chapter 13 case.

8. The Trial scheduled for June 29, 2022 at 2:00p.m on the Motion is hereby cancelled.

###

Submitted By:

Ricardo Corona, Esq.
CORONA LAW FIRM, P.A.
6700 SW 38TH Street
Miami, FL 33155
Tel: (305)547-1234
Fax: (305)266-1151
Email: bk@coronapa.com

Attorney Ricardo Corona, Esq. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.

## **EXHIBIT A – AGREED STEP-UP PAYMENT PLAN**

| Dates of Payment | Monthly Amount (includes interest) | Total for period | Balance | |
|---|---|---|---|---|
| 7/13/22 to 6/13/23 | $700.00 | $8400.00 | $ 8400.00 | |
| 7/13/23 to 6/13/24 | $900.00 | $10,800.00 | $19,200.00 | |
| 7/13/24 to 6/13/25 | $1200.00 | $14,400.00 | $33,600.00 | |
| 7/13/25 to 6/13/26 | $2014.00 | $36,252.00 | $69,852.00 (the total is $69,851.05) | |
| | | | | |
| | | | | |