UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____  Original Plan
☒ 7th _____  Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ _____  Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Karla Varela      JOINT DEBTOR: _____      CASE NO.: 21-21656-AJC
SS#: xxx-xx- 4198          SS#: xxx-xx-____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph IX. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section IX | ☐ Included | ☒ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $1,864.77    for months  1  to  6 ;
2. $2,600.89    for months  7  to  18 ;
3. $2,895.24    for months  19 to  30 ;
4. $3,228.57    for months  31 to  42 ;
5. $4,133.02    for months  43 to  60 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**    ☐ NONE    ☐ PRO BONO

| Total Fees: | $4,250.00 | Total Paid: | $2,000.00 | Balance Due: | $2,250.00 |
|---|---|---|---|---|---|
| Payable | $150.00 | /month (Months 1 to 6 ) | | | |
| Payable | $112.50 | /month (Months 7 to 18 ) | | | |

Allowed fees under LR 2016-I(B)(2) are itemized below:
$3500 Chapter 13 Case, $750 Motion to Value

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS    ☐ NONE

**A. SECURED CLAIMS:**    ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Carrington Mortgage Services
   Address: PO Box 660586        Arrearage/ Payoff on Petition Date   44,217.34

Debtor(s): Karla Varela                                                   Case number: 21-21656-AJC

|  |  |  |  |
|---|---|---|---|
| Dallas, TX 75266 | Arrears Payment (Cure) | $736.96 | /month (Months 1 to 60) |
| Last 4 Digits of Account No.: 8063 | Regular Payment (Maintain) | $791.34 | /month (Months 1 to 60) |

Other: _____

☐ Real Property
   ☒ Principal Residence
   ☐ Other Real Property

Check one below for Real Property:
   ☒ Escrow is included in the regular payments
   ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
3103 NW 9th Ave
Miami, FL 33127

☐ Personal Property/Vehicle

Description of Collateral: _____

2. Creditor: Real Time Solutions, Inc.

|  |  |  |
|---|---|---|
| Address: PO Box 35888 Dallas, TX 75235 | Arrearage/ Payoff on Petition Date | 61962.69 with 5.25% interest, total is $69,851 |
|  | Regular Payment (Maintain) | $700.00   /month (Months 7 to 18) |
| Last 4 Digits of Account No.: 8662 | Regular Payment (Maintain) | $900.00   /month (Months 19 to 30) |
|  | Regular Payment (Maintain) | $1,200.00   /month (Months 31 to 42) |
|  | Regular Payment (Maintain) | $2,014.00   /month (Months 43 to 60) |

Other: _____

☒ Real Property
   ☒ Principal Residence
   ☐ Other Real Property

Check one below for Real Property:
   ☒ Escrow is included in the regular payments
   ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
3103 NW 9th Ave
Miami, FL 33127

☐ Personal Property/Vehicle

Description of Collateral: _____

B. **VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ☒ NONE
2. **VEHICLES(S):** ☒ NONE
3. **PERSONAL PROPERTY:** ☒ NONE

C. **LIEN AVOIDANCE** ☒ NONE

D. **SURRENDER OF COLLATERAL:** ☒ NONE

E. **DIRECT PAYMENTS** ☒ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]    ☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**    ☐ NONE

   A. Pay   $177.42   /month (Months 19 to 60)

   Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Debtor(s): Karla Varela    Case number: 21-21656-AJC

    B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

    C. SEPARATELY CLASSIFIED: ☒ NONE

**VI. STUDENT LOAN PROGRAM** ☒ NONE

**VII. EXECUTORY CONTRACTS AND UNEXPIRED LEASES** ☒ NONE

**VIII. INCOME TAX RETURNS AND REFUNDS:**

☒ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

**IX. NON-STANDARD PLAN PROVISIONS** ☒ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Karla Varela    Debtor    8/19/2022          Joint Debtor
Karla Varela                Date                                                Date

/s/ Ricardo Corona, Esq.    8/19/2022
Attorney with permission to sign on Debtor(s)' behalf who certifies that the contents of the plan have been reviewed and approved by the Debtor(s).[1]
                             Date

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph IX.**

---

[1] This certification requirement applies even if the Debtor(s) have executed a limited power of attorney to Debtor(s)' attorney authorizing the attorney to sign documents on the Debtor(s)' behalf.